Sheehan & Associates, P.C.     60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com     tel. 516.303.0552     fax 516.234.7800

August 14, 2020

District Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    1:20-cv-05064-LGS
        Gil v. The Coca-Cola Company

Dear District Judge Schofield:

This office, with Reese LLP, represents the plaintiff. In accordance with your Honor's Individual Rules, plaintiff requests an adjournment of the Initial Conference and submission of the joint letter.

The original date for the Initial Conference is Monday, August 24, 2020 and the submission of the joint letter is to be filed no later than Thursday, August 20, 2020. There have been no previous requests for adjournment of this date. No previous request was granted or denied.

The reason for this request is because the parties are in negotiation for defendant to accept and waive formal service of process. Plaintiff anticipates defendant will execute a waiver of service within approximately three to four weeks.

Plaintiff requests an adjournment of the Initial Conference and corresponding submission of a joint letter until October 15, 2020, so that defendant can sign and return the waiver of service, evaluate the case and discuss it with the undersigned in advance of the date by which defendant's answer or response to the complaint is due. The requested adjournment will permit the parties to discuss defendant's possible responsive pleading or answer, an amended complaint by defendant or a resolution of this action based on good faith negotiations. This request is submitted at least 48 hours prior to the date of the conference and deadline for submission of the joint letter. This request does not affect any other scheduled dates. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

Application GRANTED in part.

The initial pretrial conference currently scheduled for Thursday, August 27, 2020 at 10:40 A.M. is adjourned to Thursday, September 10, 2020 at 10:40 A.M.  Since Plaintiff has been in communication with Defendant, the parties shall file the joint letter and proposed case management plan pursuant to this Court's Individual Rules no later than Thursday, September 3, 2020.

Defendant shall appear in this action as soon as is practicable, and in any event, no later than Thursday, September 3, 2020.  By August 20, 2020 Plaintiff shall serve a copy of this Order on Defendant and file an affidavit of service.

So Ordered.
     New York, New York
Date:   August 18, 2020

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Certificate of Service

I certify that on August 14, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan