UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN GIL,
*individually and on behalf of all others similarly situated*,

Plaintiff,

-against-

THE COCA COLA COMPANY

Defendant.
------------------------------------------------------------X

20 Civ. 5064 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference was scheduled for September 10, 2020, (Dkt. No. 5);

WHEREAS, on September 3, 2020, the parties filed a joint letter (Dkt. No. 12), in preparation for the initial pre-trial conference and pursuant to the Court's Individual Rules;

WHEREAS, in the joint letter (Dkt. No. 12), Defendant indicated that it intends to file, prior to the September 10, 2020, pre-trial conference, a pre-motion letter seeking permission to file a motion to dismiss Plaintiff's complaint in its entirety; it is hereby

**ORDERED** that, Defendant shall file, by **September 11, 2020**, any pre-motion letter seeking permission to file a motion to dismiss, pursuant to the Court's Individual Rules; it is further

**ORDERED** that, Plaintiff shall file, by **September 18, 2020**, a response to the pre-motion letter, pursuant to the Court's Individual Rules; it is further

**ORDERED** that the initial pre-trial conference scheduled for September 10, 2020 (Dkt. No. 5), is adjourned until **September 24, at 10:40 a.m.**, at which point, any proposed motions will be discussed; it is further

Dated: September 8, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE