United States District Court
Southern District of New York                              1:20-cv-05064-LGS

| | |
|---|---|
| Steven Gil, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    - against -<br><br>The Coca-Cola Company,<br><br>       Defendant | Notice of Voluntary Dismissal |

  Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   December 22, 2020

                     Respectfully submitted,

                     Sheehan & Associates, P.C.

                     /s/Spencer Sheehan
                     Spencer Sheehan
                     60 Cuttermill Rd Ste 409
                     Great Neck NY 11021-3104
                     Tel: (516) 268-7080
                     Fax: (516) 234-7800
                     spencer@spencersheehan.com
                     E.D.N.Y. # SS-8533
                     S.D.N.Y. # SS-2056

1:20-cv-05064-LGS
United States District Court
Southern District of New York

Steven Gil, individually and on behalf of all others similarly situated,

                            Plaintiff,

                      - against -

The Coca-Cola Company,

                            Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  December 22, 2020

                                                                          /s/ Spencer Sheehan
                                                                           Spencer Sheehan

Certificate of Service

I certify that on December 22, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan